# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                          :   No. 729
                                                :
APPOINTMENT TO THE                              :   SUPREME COURT RULES
PENNSYLVANIA BOARD OF LAW                       :
EXAMINERS                                       :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 28th day of February, 2017, Kezia Taylor, Esquire, Allegheny County, is hereby appointed as a member of the Pennsylvania Board of Law Examiners for a term of three years, commencing on April 1, 2017.